ALYSSA A. QUALLS (IL Bar No. 6292124)
Email: quallsa@sec.gov
ROBERT M. MOYE (IL Bar No. 6225688)
Email: moyer@sec.gov
175 West Jackson Blvd., Suite 1450
United States Securities and Exchange Commission
Chicago, Illinois 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

Attorneys for Plaintiff
United States Securities and Exchange Commission

LOCAL COUNSEL
Donald W. Searles (Cal. Bar No. 135705)
Email: searlesd@sec.gov
United States Securities and Exchange Commission
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> WELLNESS MATRIX GROUP, INC. and GEORGE TODT, <br><br> Defendants, | Case No.  8:21-cv-01031-JVS-DFM <br><br> **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S APPLICATION FOR ENTRY OF CLERK'S DEFAULT AGAINST: DEFENDANT WELLNESS MATRIX GROUP, INC. AND [PROPOSED] DEFAULT THEREON** |

Plaintiff United States Securities and Exchange Commission ("SEC"), pursuant to Federal Rule of Civil Procedure 55(a), asks the Clerk of the Court to enter a default against Defendant Wellness Matrix Group, Inc. ("Wellness Matrix") for failure to plead or otherwise defend, and states:

1.      On June 11, 2021, the SEC filed a complaint for injunctive and other relief against Wellness Matrix.  (Dkt. No. 1.)

2.      The SEC served Wellness Matrix, via personal service on Barry Migliorini as CEO, with a summons, a copy of the SEC's Complaint, and the Initial Order Following Filing of Complaint Assigned to Judge Selna on June 23, 2021. (Dkt. No. 15.)

3.      To date, Wellness Matrix has not filed a response to the SEC's Complaint as required by Rule 12 of the Federal Rules of Civil Procedure, thereby failing to plead or otherwise defend against its action.

4.      This request is based on the attached Declaration of Alyssa Qualls.

**WHEREFORE**, the SEC requests that the Clerk enter the default against defendant Wellness Matrix.

Dated: July 29, 2021                    */s/ Alyssa A. Qualls*

Alyssa A. Qualls
Attorney for Plaintiff United States Securities and Exchange Commission

## <u>DECLARATION OF ALYSSA QUALLS</u>

I, ALYSSA QUALLS, hereby declare as follows:

    1.    I am the attorney of record for Plaintiff, United States Securities and Exchange Commission ("SEC"), in this matter and I attest to the facts set forth herein of my own personal knowledge.  I am over the age of 18 and, if called upon to do so, I could and would competently testify in conformity with the matters set forth herein.

    2.    The SEC served Wellness Matrix Group, Inc. ("Wellness Matrix"), by serving a copy of the Summons, Complaint and the Initial Order Following Filing of Complaint Assigned to Judge Selna personally on Barry Migliorini as CEO of Wellness Matrix at 16732 Goldenwest Street, Apt 3, Huntington Beach, CA 92647 on June 23, 2021 at 8:42 pm. (Dkt. No. 15.)

    3.    Defendant Wellness Matrix was required to plead or otherwise respond to the complaint by July 14, 2021. The time to plead or respond to the complaint has not been further extended by any agreement of the parties or by any order of the Court.

    4.    Defendant Wellness Matrix has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

    5.    Defendant Wellness Matrix is not an infant or incompetent person.

    6.    The Servicemembers Civil Relief Act (50 U.S.C. App. § 521) does not apply.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed: July 29, 2021        */s/Alyssa A. Qualls*
                                  Alyssa A. Qualls, Declarant

**PROOF OF SERVICE**

1

2  I am over the age of 18 years and not a party to this action.  My business address is:

3      U.S. SECURITIES AND EXCHANGE COMMISSION,
       175 W. Jackson Blvd, Chicago IL 60123
4      Telephone No. (312)353-7390; Facsimile No. (312)353-7398.

5  **ON JULY 29, 2021, I CAUSED TO BE SERVED THE DOCUMENT
   ENTITLED PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
6  APPLICATION FOR ENTRY OF CLERK'S DEFAULT AGAINST
   DEFENDANT WELLNESS MATRIX GROUP, INC. AND [PROPOSED]
7  DEFAULT THEREON**

8          on all the parties to this action addressed as stated on the attached service list:

9  ☐   **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for
   collection and mailing today following ordinary business practices.  I am readily
10 familiar with this agency's practice for collection and processing of correspondence
   for mailing; such correspondence would be deposited with the U.S. Postal Service on
11 the same day in the ordinary course of business.

12 ☒   **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I
   personally deposited with the U.S. Postal Service.  Each such envelope was deposited
13 with the U.S. Postal Service at Chicago, Illinois, with first class postage thereon fully
   prepaid.

14
   ☐   **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility
15 regularly maintained at the U.S. Postal Service for receipt of Express Mail at
   Chicago, Illinois, with Express Mail postage paid.

16
   ☐   **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the
17 office of the addressee as stated on the attached service list.

18 ☒   **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated
   by United Parcel Service ("UPS") with delivery fees paid or provided for, which I
19 deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at
   Chicago, Illinois.

20
   ☒   **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to
21 the electronic mail address as stated on the attached service list.

22 ☒   **E-FILING:**  By causing the document to be electronically filed via the Court's
   CM/ECF system, which effects electronic service on counsel who are registered with
23 the CM/ECF system.

24 ☐   **FAX:**  By transmitting the document by facsimile transmission.  The
   transmission was reported as complete and without error.
25
26         I declare under penalty of perjury that the foregoing is true and correct.

27
   Date:  July 29, 2021              */s/ Alyssa A. Qualls*
28                                    Alyssa A. Qualls

2

*SEC v. Wellness Matrix Group, Inc., et al.*
**United States District Court—Central District of California**
**Case No. 8:21-CV-01031-JVS-DFM**

## SERVICE LIST

Wellness Matrix Group, Inc.
Barry Migliorini,  CEO
16732 Goldenwest Street
Apt 3
Huntington Beach, CA 92647


George A. Todt
13904 Fiji Way
Apt 237
Marina Del Ray, CA 90292
Email: gatodt@me.com

3