

george todt
PRO SE
acting on behalf of Defendant
GEORGE TODT
13904 FIJI WAY, Apt. 237
Marina Del Rey, CA 90292
Email:  GATODT@MAC.COM
Mobile phone:  310/924-9715

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>WELLNESS MATRIX GROUP, INC. and GEORGE TODT,<br><br>Defendants, | Case No.  8:21-cv-01031-JVS-DFM<br><br>ANSWERS and NOTICE OF COUNTERCLAIM |

TO THE COURT, TO WE THE PEOPLE OF THE UNITED STATES OF AMERICA, TO PLAINTIFFS' COUNSEL, US PATENT AND TRADEMARK OFFICE,AND ALL OTHER PARTIES OF RECORD AND JURISDICTION CONSTITUTIONALLY AND OF RECORD :

### JURISDICTION AND VENUE

1.   The DEFENDANT answers this action pursuant under objection, protest and lack of clarity to lack of authority or jurisdiction to clarify who is meant to be DEFENDANT, that is GEORGE TODT in support of the Defendant named in this law suit as GEORGE A TODT serial number : 90732819, a trademarked legal entity under the Constitution of the United States, Article 1, section 8, Clause 8 "authors and inventors the exclusive right to their respective writings and discoveries" as a trustee/beneficiary of the GEORGE A TODT creditor trust of Federal reserve account # G-891-859-544 and is not a

beneficiary shareholder, officer, director or in any way control or have influence over Wellness Matrix Group, Inc. A defendant in this law suit claim. I am submitting these answer to be timely in the event this action continues in lieu of and despite the Second Circuit recent ruling regarding a violation must be specifically a clearly stated law of congress and not an equivalent for licensed and non licensed persons under the Securities exchange Act of 1934 and numerous Federal Courts since the early 19th century and US Supreme Court, United States v. Hudson and Goodwin, 11 U.S. 32 (1812), the U.S. Supreme Court made clear that. In order to be prosecuted in Federal Court, a defendant must be charged by a crime or action defined by Congress and enacted into Federal law, which is clearing not the case in this action. Therefore this is not the proper jurisdiction and administrative procedure or protocol by the SEC.

2. Denied that the Court has jurisdiction over this action pursuant to Sections 21(d) and 21(e) of the Exchange Act, 15 U.S.C. §§ 78u(d), 78u(e).

3. Denied - Todt have, directly and indirectly, made use of the means or instrumentalities of interstate commerce, of the mails, or of the facilities of a national securities exchange in connection with the transactions, acts, practices and courses of business alleged in this complaint.

4. Denied - Venue is proper in this district pursuant to Section 27(a) of the Exchange Act, 15 U.S.C. § 78aa(a), because certain of the transactions, acts, practices and courses of conduct constituting violations of the federal securities laws occurred within this district.

**SUMMARY**

5. DENIED inaccurate and highly misleading and libel - In February and March 2020, Wellness Matrix, a Nevada microcap company, and George Todt, a Wellness Matrix business consultant who controlled much of Wellness Matrix's day-to-day activities, made materially false and misleading statements regarding COVID-19 at-home test kits and/or disinfectants that defrauded Wellness Matrix investors.

6. DENIED inaccurate and highly misleading and libel - Wellness Matrix

2

and Todt marketed the at-home test kits and disinfectants to consumers on Wellness Matrix-affiliated websites when Wellness Matrix did not have the products to deliver to consumers.

7. DENIED inaccurate and highly misleading and libel - Furthermore, Wellness Matrix and Todt made materially false and misleading statements about the products themselves. For example, Wellness Matrix and Todt falsely represented that the at-home test kits were approved and registered for use by the United States Food and Drug Administration ("FDA") and the disinfectants were approved and registered by the United States Environmental Protection Agency ("EPA").

8. DENIED, slanderous and libel - At the time Wellness Matrix and Todt made these materially false and misleading statements, Wellness Matrix and Todt knew, or were reckless in not knowing, that they did not have the products to deliver to consumers and that the products were neither approved nor registered by the FDA or the EPA.

9. DENIED, slanderous and libel - By engaging in the transactions, acts, practices, and courses of business alleged herein, Wellness Matrix and Todt knowingly and recklessly violated Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 thereunder, 17 C.F.R. § 240.10b-5.

10. No jurisdiction and constitutionally violating defendants U.S. Constitutional rights - As described in paragraph 1, the SEC seeks permanent injunctions and civil penalties against Wellness Matrix and Todt, and a conduct-based injunction, officer and director bar, and a penny stock bar against Todt, based on their violations of the securities laws.

## DEFENDANTS

11. **NO Information to comment -Wellness Matrix Group, Inc. ("Wellness Matrix")** is a Nevada corporation, incorporated in 2009, with its principal executive offices located in Huntington Beach, California. Wellness Matrix claims to be a healthcare technologies start-up business. Wellness Matrix's common

3

shares are quoted on OTC Link, an electronic inter-dealer quotation system for over-the-counter securities operated by OTC Markets Group Inc.

12. **DENIED FALSE AND MISLEADING - George Todt**, 67 years old, is a resident of Marina Del Rey, California and a Wellness Matrix business consultant. Todt owns 82.75 percent of the common shares of Wellness Matrix through a nominee entity, Chanzong Huayuan LLC ("Chanzong"). Chanzong is a Nevada limited-liability company formed in 2015. Todt is the manager of the entity.

## FACTS
### I. Wellness Matrix's Business and Financial Condition

13. NO INFORMATION TO COMMENT - On June 1, 2018, a predecessor in interest to Wellness Matrix acquired Wellness Matrix Company, the business purpose of which was "to develop and implement the most advanced technologies available to provide advanced healthcare and to provide advanced systems and platforms to allow customers to have access to the most secure data storage and records security available."

14. NO INFORMATION TO COMMENT - On June 20, 2018, the Board approved the name change to Wellness Matrix Group, Inc. and filed an amendment to its articles of incorporation with the state of Nevada.

15. NO INFORMATION TO COMMENT - On April 10, 2020, Wellness Matrix filed an amended Form 10 (which was later withdrawn) that included audited annual financial statements for Wellness Matrix's year ending April 30, 2019 and unaudited financial statements for the nine months ended January 31, 2020.

16. NO INFORMATION TO COMMENT - Wellness Matrix's audited financial statements showed that Wellness Matrix had assets of $54,998, liabilities of $309,365, and an equity deficit of $254,367 as of April 30, 2019. The company had zero revenues for the year ending April 30, 2019.

17. NO INFORMATION TO COMMENT - Wellness Matrix's unaudited financial statements showed the company had zero revenues for the nine months

1 | ended January 31, 2020 and had assets of $459 as of January 31, 2020.

2 |     18.    NO INFORMATION TO COMMENT - As of April 7, 2021, Wellness Matrix's market capitalization was approximately $4.5 million.

## II. Todt Controls Wellness Matrix.

19. DENIED - During the relevant period, Wellness Matrix's CEO and Chairman of the Board of Directors allowed Todt to run the day-to-day affairs of the company, including naming the Wellness Matrix board members.

20. DENIED - Todt became involved with Wellness Matrix in 2018 when Wellness Matrix's CEO agreed to sell the Wellness Matrix public company shell to Todt for $300,000. The agreement provided that Wellness Matrix's CEO would transfer his controlling Series A preferred shares to Todt after the purchase price had been paid in full.

21. DENIED - During the relevant period, Wellness Matrix's CEO allowed Todt to control WMGR.

## III. Wellness Matrix's and Todt's Representations Regarding the COVID-19-Related Products.

22. DENIED - In February and March of 2020, Wellness Matrix and Todt touted and marketed COVID-19 test kits and disinfectant products on Wellness Matrix-affiliated websites when they did not have the products to deliver to consumers.

23. DENIED - Furthermore, Wellness Matrix and Todt made materially false and/or misleading statements about the products themselves. For example, Wellness Matrix and Todt falsely represented that the at-home test kits were FDA approved and registered and the disinfectants were EPA approved and registered.

24. DENIED - Todt acted personally and on behalf of Wellness Matrix when engaging in this fraudulent conduct.

### A. Wellness Matrix Is Unable to Procure COVID-19-Related Products.

25. DENIED - Beginning in February 2020, Todt began communicating

with some of his associates regarding potential COVID-19-related products for Wellness Matrix to market.

26. DON'T UNDERSTAND COMMENT - In connection with these communications, Todt received information on an antiviral disinfecting compound (the "Disinfectant") that claimed to be effective in killing COVID-19 for 28 days, among other things.

27. DENIED FALSE AND LIBEL - Around the same time, Todt registered the website coronastop28.com and his ex-wife registered the websites stopcorona28.com and virastop28.com.

28. NO UNDERSTANDING OF COMMENT - On or about March 16, 2020, Todt learned of a COVID-19 test distributed by CoronaCide, LLC ("CoronaCide"). The label for the CoronaCide test kit that Todt received warned that the test kits were "For In Vitro Diagnostic Use Only" and "For Emergency Use Authorization Only."

29. NO KNOWLEDGE TO RESPOND - Soon after Todt learned of these CoronaCide tests kits, Wellness Matrix opened up a payment processing account at Todt's direction in order to allow Wellness Matrix to receive payments from consumers for COVID-19-related product sales.

30. INACCURATE AND MISLEADING, DENIED - On March 19, 2020, an associate of CoronaCide (the "CoronaCide Associate") sent Todt correspondence from the FDA stating it had received the CoronaCide test kit submission. The letter also stated that the FDA would notify CoronaCide when its review was completed. The FDA's letter did not indicate that the FDA had approved the CoronaCide test kits for any use.

31. DENIED - On March 20, 2020, Todt sent a Wellness Matrix purchase order to CoronaCide for approximately $10,000 of CoronaCide test kits and Disinfectant. Minutes later, the CoronaCide Associate notified Todt that the CoronaCide test kits were only to be sold to governments in bulk at that time, and

therefore Wellness Matrix's CoronaCide test kit order would not be filled. The CoronaCide Associate emailed Todt a couple days later and informed Todt that Wellness Matrix's Disinfectant order would also not be filled.

### B. Wellness Matrix and Todt Market and Sell COVID-19-Related Products.

32. DENIED - Around this time, Todt contacted one of his associates and, on behalf of WGMR, directed him to add information about the CoronaCide test kits and Disinfectant to the websites stopcorona28.com and virastop28.com. Todt specifically told the associate to include the FDA submission number for the CoronaCide test kits and to indicate that the COVID-19 products were Wellness Matrix products.

33. LACK OF UNDERSTANDING TO ANSWER - Around the same time, Todt retained other associates to assist in selling Wellness Matrix's COVID-19-related products to consumers.

34. DENIED - At Todt's direction, the Wellness Matrix website included a banner on the front page that directed viewers to "Visit CoronaStop28.com" and provided a link.

35. LACK OF UNDERSTANDING TO ANSWER - From at least March 19, 2020 until approximately March 31, 2020, Wellness Matrix offered through the Wellness Matrix-affiliated websites coronastop28.com, stopcorona28.com, and virastop28.com, and through social media, the CoronaCide test kits and the Disinfectant for sale.

36. LACK OF UNDERSTANDING TO ANSWER - The Wellness Matrix-affiliated websites included clear references tying the products to Wellness Matrix. For example, virastop28.com provided a disclaimer which stated that the products were being sold by Wellness Matrix. Further, the pictures of the Disinfectant on all of the Wellness-affiliated websites stated that they were a "WMGR Product."

37. DENIED & LACK OF UNDERSTANDING TO ANSWER - However,

7

from before March 19, 2020 until approximately March 31, 2020, neither Wellness Matrix nor Todt were in possession of or had the ability to procure the CoronaCide test kits or Disinfectant.

38. LACK OF UNDERSTANDING TO ANSWER - The CoronaCide test kits were advertised on the Wellness Matrix-affiliated websites for at least three days, during the time period from March 19, 2020 until approximately March 31, 2020, as being FDA-approved and for at least two other days as being "FDA registered and authorized."

39. LACK OF UNDERSTANDING TO ANSWER - In addition, the Wellness Matrix-affiliated websites advertised the CoronaCide test kits as an at-home test kit for COVID-19, providing results within ten minutes "in the privacy of your own home."

40. LACK OF UNDERSTANDING TO ANSWER - The Wellness Matrix-affiliated websites advertised the Disinfectant as EPA approved or registered, citing a purported EPA registration number "Reg #HQ-OPP-2013-0220-0008."

41. DENIED - Todt also touted the Wellness Matrix CoronaCide test kits on social media. For example, on March 19, 2020, on his personal Twitter account, Todt falsely claimed Wellness Matrix was selling "Fda approved" "[h]ome test kits" to "Stop Corona Before It Starts":



42. DENIED - Todt also utilized social media to publicize the Wellness Matrix affiliated websites, tweeting the names of the sites to numerous twitter

8

handles.

### IV. Wellness Matrix and Todt Knew, or Were Reckless in Not Knowing, that Their Statements on Wellness Matrix-Affiliated Websites and Social Media Were Materially False and Misleading.

43. DENIED - As described above in paragraphs 22-42, Wellness Matrix and Todt made the statements about the CoronaCide test kits and Disinfectant on Wellness Matrix-affiliated websites and social media.

#### A. The CoronaCide Test Kits

44. DENIED -- First, Wellness Matrix's and Todt's statements on the Wellness Matrix-affiliated websites, and Todt's statements on social media, claiming that they had CoronaCide test kits available for purchase and delivery was materially false and misleading. From before March 19, 2020 until approximately March 31, 2020, Wellness Matrix and Todt knew, or were reckless in not knowing, that neither Wellness Matrix nor Todt had any CoronaCide test kits to deliver to consumers.

45. DENIED, FALSE MISLEADING AND LIBEL - Second, Wellness Matrix's and Todt's statements on the Wellness Matrix-affiliated websites, and Todt's statements on social media, claiming that the CoronaCide test kits were either FDA approved or registered and authorized for at-home use were materially false and misleading. From before March 19, 2020 until approximately March 31, 2020, Wellness Matrix and Todt knew, or were reckless in not knowing, that the FDA had neither approved, registered, nor authorized the use of the CoronaCide test kits. Among other things, on March 19, 2020, Todt had received an FDA letter from a CoronaCide associate indicating that the CoronaCide test kits were under review by the FDA and were not approved for use. In addition, on March 23, 2020, Todt was told by one of his salesman pitching the CoronaCide test kits that, according to customers, the FDA number for the test kits was not identified on the FDA's website.

#### B. The Disinfectant

46. DENIED - First, Wellness Matrix's and Todt's statements on the Wellness Matrix-affiliated websites claiming that they had Disinfectant available for

purchase and delivery were materially false and misleading. From before March 19, 2020 until approximately March 31, 2020, Wellness Matrix and Todt knew, or were reckless in not knowing, that neither Wellness Matrix nor Todt had any Disinfectant to deliver to consumers.

47. DENIED - Second, Wellness Matrix's and Todt's statements on the Wellness Matrix-affiliated websites claiming that the Disinfectant was EPA approved or registered were materially false and misleading. From before March 19, 2020 until approximately March 31, 2020, Wellness Matrix and Todt knew, or were reckless in not knowing, that Reg #HQ-OPP-2013-0220-0008 was not a valid EPA registration number, and the Disinfectant was not an EPA-registered pesticide and did not meet the EPA's criteria for use against the virus that causes COVID-19.

48. LACK OF UNDERSTANDING TO ANSWER - Specifically, the EPA maintains the database "List N: Disinfectants for Use Against SARS-CoV-2," which lists products that meet EPA's criteria for use against SARS-CoV-2, the virus that causes COVID-19. Todt knew, or was reckless in not knowing, that the Disinfectant was not included on List N. Todt also received an email from one of his product sales representatives that called into question the EPA registration number for the Disinfectant.

### V. Todt Makes Material Misrepresentations to a Wellness Matrix Investor.

49. DENIED & LACK OF UNDERSTANDING TO ANSWER - On February 27, 2020, an individual (the "Investor") visited Todt. Todt told the Investor to invest in Wellness Matrix because it had a Disinfectant to stop the spread of COVID-19 that had been approved by the EPA.

50. DENIED & LACK OF UNDERSTANDING TO ANSWER -Todt also told the Investor that the United States government and Amazon had expressed interest in the Disinfectant, and that he believed Wellness Matrix's stock price could increase from $0.05 per share to $20 per share as a result of the new product.

51. DENIED & LACK OF UNDERSTANDING TO ANSWER -Todt also told the Investor that he was one of the owners of Wellness Matrix, and showed him the coronastop28.com website on his computer, which he said was affiliated with Wellness Matrix and created by him a few days ago.

52. DENIED & LACK OF UNDERSTANDING TO ANSWER - A day later, the Investor followed up with Todt, and Todt told the Investor that Wellness Matrix had sold 10,000 units of Disinfectant to Costco.

53. DENIED & LACK OF UNDERSTANDING TO ANSWER - The Investor periodically reviewed the coronastop28.com website and noticed that the CoronaCide test kits and Disinfectant supporting documentation were added to the site. The Investor also noticed that Wellness Matrix's website included a link to the coronastop28.com website.

54. DENIED & LACK OF UNDERSTANDING TO ANSWER - Todt's statements to the Investor were materially false and misleading. Todt knew, or was reckless in not knowing, that: (a) Wellness Matrix and Todt did not have any Disinfectant to deliver to consumers; (b) the Disinfectant had not been approved by the EPA; and (c) Wellness Matrix had not made any sales of Disinfectant to Costco.

55. DENIED & LACK OF UNDERSTANDING TO ANSWER - In addition, as explained above in paragraphs 43-48, Todt knew, or was reckless in not knowing,

that the claims regarding Wellness Matrix's products on coronastop28.com were materially false and misleading.

56. LACK OF UNDERSTANDING TO ANSWER - From March 6, 2020 to March 24, 2020, the Investor purchased over 23,000 shares of Wellness Matrix. The information that the Investor learned from Todt and the Wellness Matrix-affiliated websites about Wellness Matrix's marketing of COVID-19-related products was important to his decision to buy the Wellness Matrix stock.

57. LACK OF UNDERSTANDING TO ANSWER -The Investor also told his sister about what he had learned about Wellness Matrix, and she purchased 5,000 shares of Wellness Matrix stock on March 26, 2020.

58. DENIED & LACK OF UNDERSTANDING TO ANSWER - The Investor has since sold his shares of Wellness Matrix and realized a loss of approximately $900. The Investor's sister has since sold her Wellness Matrix shares and realized a loss of approximately $400.

**VI. Wellness Matrix's and Todt's Materially False and Misleading Statements Impacted Trading of Wellness Matrix Stock.**

59. LACK OF UNDERSTANDING TO ANSWER - In the three months prior to February 25, 2020, Wellness Matrix's share price fluctuated between $0.025 and $0.053, with an average daily trading volume of 28,100 shares for the three-month period.

60. DENIED & LACK OF UNDERSTANDING TO ANSWER - On February 24, 2020, Wellness Matrix filed a Form 10 with the SEC that included audited financial statements that showed no revenue for the company for its prior fiscal year.

61. LACK OF UNDERSTANDING TO ANSWER -On the following day, February 25, 2020, Wellness Matrix's share price fluctuated between $0.05 and $0.10 with a trading volume of 194,055 shares.

62. LACK OF INFORMATION TO ANSWER -After February 25, 2020

through April 6, 2020, Wellness Matrix's share price fluctuated between $0.035 and $0.19, with an average trading volume of approximately 85,000 shares.

63.     DENIED - As discussed above, Wellness Matrix and Todt offered the CoronaCide test kits and Disinfectant for sale on Wellness Matrix-affiliated websites from at least March 19, 2020 until approximately March 31, 2020.

64.     LACK OF INFORMATION - On March 25, 2020, the mid-point of this sale period, Wellness Matrix's share price opened at $0.19 from the previous day's closing price of $0.09.

65.     LACK OF INFORMATION TO RESPOND - At this point in time, national and local news reports were dominated by reports of COVID-19 case increases and the lack of a self-administered test for the virus.

66.     LACK OF INFORMATION TO RESPOND - Investors purchased Wellness Matrix stock as a result of Wellness Matrix's and Todt's materially false and misleading statements about the CoronaCide test kits and Disinfectant and these representations were important to investors in deciding to buy WMGR stock.

## VII.  Wellness Matrix's Fraud is Revealed.

67.     LACK OF INFORMATION TO RESPOND - On April 2, 2020, National Public Radio, which had conducted an investigation into the sales of Wellness Matrix's CoronaCide test kits, reported that: (a) several customers who ordered the Wellness Matrix CoronaCide test kits said they never received them and have tried to cancel their payments; and (b) the FDA had not authorized any at-home COVID-19 test kit.

68.     LACK OF INFORMATION TO RESPOND - On April 7, 2020, the SEC suspended trading in Wellness Matrix's securities because of questions regarding the accuracy and adequacy of information in the marketplace since at least March 19, 2020.

# I.

# **CLAIM FOR RELIEF**

### Violations of Section 10(b) of the Exchange Act and Rule 10b-5

69. LACK OF INFORMATION TO RESPOND - The SEC realleges and incorporates by reference paragraphs 1 through 68 above.

70. DENIED - By engaging in the conduct described above, Wellness Matrix and Todt directly or indirectly, in connection with the purchase or sale of a security, by the use of means or instrumentalities of interstate commerce, of the mails, or of the facilities of a national securities exchange: (a) employed devices, schemes, or artifices to defraud; (b) made untrue statements of a material fact or omitted to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; and (c) engaged in acts, practices, or courses of business which operated or would operate as a fraud or deceit upon other persons.

71. DENIED - In engaging in the conduct described herein, Defendants Wellness Matrix and Todt acted knowingly and with a reckless disregard for the truth.

72. DENIED - By reason of the foregoing, Wellness Matrix and Todt, directly or indirectly, violated, and unless restrained and enjoined will continue to violate, Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 thereunder, 17 C.F.R. § 240.10b-5.

# **PRAYER FOR RELIEF**

WHEREFORE, the DEFENDANT respectfully requests that the Court:

# I.

Immediately, dismiss this action for lack of clarity and misleading information of who the DEFENDANT really is legally and jurisdictionally.

# II.

Issue sanctions against Plaintiff Attorneys, consistent with Rules for malicious prosecution, violation of USPTO trademark laws, violation of Defendants civil rights,

1 elder abuse, endangerment of the People of the United States Health and education
2 rights, overt violation of Civil Procedure and Protocol for a fair and just investigation
3 according to the Federal Rules of Civil Procedure, permanently enjoining Plaintiffs'
4 counsel, and their officers, agents, servants, employees and attorneys, and those
5 persons in active concert or participation with any of them, who receive actual notice
6 of the USPTO Trademark Infringement by personal service or otherwise, and each of
7 them, from violating  GEORGE TODT in support of the Defendant named in this law
8 suit as GEORGE A TODT serial number : 90732819, a trademarked legal entity under the
9 Constitution of the United States, Article 1, section 8, Clause 8 "authors and inventors the
10 exclusive right to their respective writings and discoveries" as a trustee/beneficiary of the
11 GEORGE A TODT creditor trust of Federal reserve account # G-891-859-54410 and for
12 enjoining Defendant Todt from, directly or indirectly, including, but not limited to,
13 through any entity owned or controlled by Defendant Todt, and denying his rights
14 under the U.S. Constitutional rights that neither any government agent under the 9th
15 amendment, of certain rights shall not be construed to deny or disparage the people",
16 furthermore, the 1st  Amendment to voice ones opinions politically and artistically .

### III.

Order Plaintiffs to acknowledge their Trademark notice to a License fee of $12 million and $5000 a minute of public notice and publishing additionally for  to a summary judgment to the DEFENDANT  of $2.5 billion for publishing Trademarks, libel and slander.

### IV.

Dated:  August 23, 2021

*/s/ george todt*
PRO SE and Trustee for DEFENDANT
GEORGE TODT
Trademark serial # 90732819