ALYSSA A. QUALLS (IL Bar No. 6292124)
Email:  quallsa@sec.gov
ROBERT M. MOYE (IL Bar No. 6225688)
Email:  moyer@sec.gov
175 West Jackson Blvd., Suite 1450
United States Securities and Exchange Commission
Chicago, Illinois 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

Attorneys for Plaintiff
United States Securities and Exchange Commission

LOCAL COUNSEL
Donald W. Searles (Cal. Bar No. 135705)
Email:  searlesd@sec.gov
United States Securities and Exchange Commission
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | Case No.  8:21-cv-01031-JVS-DFM |
| Plaintiff, | **PLAINTIFF'S NOTICE OF MOTIONS AND MOTIONS TO DISMISS AND STRIKE DEFENDANT TODT'S COUNTERCLAIM, "PRAYER FOR RELIEF," AND AFFIRMATIVE DEFENSE PURSUANT TO RULES 12(b) & (f)** |
| v. | |
| WELLNESS MATRIX GROUP, INC. and GEORGE TODT, | |
| Defendants, | |

Date:        October 18, 2021
Time:       1:30 p.m.
Ctrm:      10C
Judge:     Hon. James V. Selna

**TO DEFENDANTS:**

**PLEASE TAKE NOTICE** that Plaintiff United States Securities and Exchange Commission ("SEC") will, and hereby does, move the Court to dismiss, or in the alternative strike, the counterclaim and strike the "Prayer for Relief" and affirmative defense filed by Defendant George Todt on August 23, 2021. (Dkt. No. 21.)

The SEC's motions are based upon the accompanying Memorandum of Points and Authorities and any other evidence or argument the SEC may present in support of the motion.

**PLEASE TAKE FURTHER NOTICE** that the motions will be heard at 1:30 p.m. on Monday, October 18, 2021, or as soon after as practicable, before the Honorable James V. Selna, United States District Judge for the United States District Court for the Central District of California, at Ronald Reagan Federal Building and U.S. Courthouse, 411 West 4th Street, Courtroom 10C, Santa Ana, California 92701.

These motions are made following discussions with counsel starting on September 8, 2021, and continuing through a September 13, 2021 telephonic meet-and-confer pursuant to L.R. 7-3.


 Dated:  September 15, 2021                    Respectfully submitted,

                                                _/s/ Alyssa A. Qualls_
                                                Alyssa A. Qualls
                                                Attorney for Plaintiff United States
                                                Securities and Exchange Commission

## **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
175 W. Jackson Blvd, Chicago IL 60123
Telephone No. (312)353-7390; Facsimile No. (312)353-7398.

On September 15, 2021, I caused to be served the document entitled **PLAINTIFF'S NOTICE OF MOTIONS AND MOTIONS TO DISMISS AND STRIKE DEFENDANT TODT'S COUNTERCLAIM, "PRAYER FOR RELIEF" AND AFFIRMATIVE DEFENSE PURSUANT TO RULES 12(b) AND (f)** on all the parties to this action addressed as stated on the attached service list:

☐   **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☒   **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Chicago, Illinois, with first class postage thereon fully prepaid.

☐   **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐   **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☒   **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Chicago, Illinois.

☒   **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒   **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐   **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  September 15, 2021                    */s/ Alyssa A. Qualls*

*SEC v. Wellness Matrix Group, Inc., et al.*
**United States District Court—Central District of California**
**Case No. 8:21-CV-01031-JVS-DFM**

## SERVICE LIST

Wellness Matrix Group, Inc.
Barry Migliorini, CEO
16732 Goldenwest Street, Apt 3
Huntington Beach, CA 92647


George A. Todt
13904 Fiji Way, Apt 237
Marina Del Ray, CA 90292
Email: gatodt@mac.com

Case No.  8:21-cv-01031-JVS-DFM