ALYSSA A. QUALLS (IL Bar No. 6292124)
Email: quallsa@sec.gov
ROBERT M. MOYE (IL Bar No. 6225688)
Email: moyer@sec.gov
175 West Jackson Blvd., Suite 1450
United States Securities and Exchange Commission
Chicago, Illinois 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

Attorneys for Plaintiff
United States Securities and Exchange Commission

LOCAL COUNSEL
Donald W. Searles (Cal. Bar No. 135705)
Email: searlesd@sec.gov
United States Securities and Exchange Commission
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLNESS MATRIX GROUP, INC. and GEORGE TODT,<br><br>    Defendants, | Case No. 8:21-cv-01031-JVS-DFM<br><br>**PLAINTIFF'S STATUS REPORT REGARDING SETTLEMENT** |

Pursuant to the Court's Order (ECF No. 25), Plaintiff United States Securities and Exchange Commission ("SEC") files this Status Report regarding the parties' settlement negotiations.

On July 20, 2021, the Clerk of Court entered a default against Defendant Wellness Matrix Group, Inc. (Filing No. 20.) No one has filed an appearance on behalf of that entity, or contacted the SEC on its behalf.  Therefore, the SEC has not had any settlement discussions with Defendant Wellness Matrix Group, Inc.

The parties' previous settlement efforts were described in the Joint Rule 26(f) Report, filed on September 13, 2021. (Filing No. 22.) More recently, on March 4, 2022, the SEC wrote to Defendant George Todt with a settlement proposal and requested that he participate in a telephonic settlement conference. On March 7, 2022, counsel for the SEC spoke to Todt by telephone about settlement. During that discussion, Todt rejected the SEC's settlement proposal and indicated that he was not interested in a settlement or in any further discussions on that topic. Accordingly, the SEC believes that further settlement discussions before trial are not likely to lead to a resolution.

The SEC is filing this status report instead of a joint report executed by both parties because Todt declined the SEC's request to file a joint status report.

Dated:  March 14, 2022

Respectfully submitted,

 /s/ Alyssa A. Qualls
Alyssa A. Qualls
Attorney for Plaintiff United States
Securities and Exchange Commission

# **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
175 W. Jackson Blvd, Chicago IL 60123
Telephone No. (312)353-7390; Facsimile No. (312)353-7398.

On March 14, 2022, I caused to be served the document entitled **STATUS REPORT REGARDING SETTLEMENT** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☒ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Chicago, Illinois, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☒ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Chicago, Illinois.

☒ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 14, 2022                    */s/ Alyssa A. Qualls*

*SEC v. Wellness Matrix Group, Inc., et al.*
United States District Court—Central District of California
Case No. 8:21-CV-01031-JVS-DFM

### SERVICE LIST

Wellness Matrix Group, Inc.
Barry Migliorini, CEO
c/o 18458 Santa Lenora Circle
Fountain Valley CA 92708
Email: bgminternational5@gmail.com

George A. Todt
13904 Fiji Way, Apt 237
Marina Del Ray, CA 90292
Email: gatodt@mac.com