ALYSSA A. QUALLS (IL Bar No. 6292124)
Email:  quallsa@sec.gov
ROBERT M. MOYE (IL Bar No. 6225688)
Email:  moyer@sec.gov
175 West Jackson Blvd., Suite 1450
United States Securities and Exchange Commission
Chicago, Illinois 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

Attorneys for Plaintiff
United States Securities and Exchange Commission

LOCAL COUNSEL
Donald W. Searles (Cal. Bar No. 135705)
Email:  searlesd@sec.gov
United States Securities and Exchange Commission
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, Plaintiff, v. WELLNESS MATRIX GROUP, INC. and GEORGE TODT, Defendants, | Case No.  8:21-cv-01031-JVS-DFM<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF FILING OF IT'S NOTICE OF DEPOSITION OF DEFENDANT GEORGE TODT** |
|---|---|

In accordance with the Order entered by the Honorable Douglas F. McCormick on March 30, 2022, Plaintiff United States Securities and Exchange Commission hereby gives notice of filing the attached Notice of Deposition of George Todt which is scheduled to take place on April 19, 2022.

Dated: April 11, 2022 Respectfully submitted,

*/s/ Alyssa A. Qualls*

Alyssa A. Qualls
Attorney for Plaintiff United States Securities and Exchange Commission

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
175 W. Jackson Blvd, Chicago IL 60123
Telephone No. (312)353-7390; Facsimile No. (312)353-7398.

**ON APRIL 11, 2022, I CAUSED TO BE SERVED THE DOCUMENT ENTITLED PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF DEPOSITION OF DEFENDANT GEORGE TODT** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☒ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Chicago, Illinois, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Chicago, Illinois, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☒ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Chicago, Illinois.

☒ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☐ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 11, 2022                    */s/ Alyssa A. Qualls*
                                         Alyssa A. Qualls

*SEC v. Wellness Matrix Group, Inc., et al.*

**United States District Court—Central District of California**
**Case No. 8:21-CV-01031-JVS-DFM**

**<u>SERVICE LIST</u>**

Wellness Matrix Group, Inc.
Barry Migliorini, CEO
c/o 18458 Santa Lenora Circle
Fountain Valley CA 92708
Email: bgminternational5@gmail.com

George A. Todt
13904 Fiji Way
Apt 237
Marina Del Ray, CA 90292
Email: gatodt@me.com