ALYSSA A. QUALLS (IL Bar No. 6292124)
Email:  quallsa@sec.gov
ROBERT M. MOYE (IL Bar No. 6225688)
Email:  moyer@sec.gov
175 West Jackson Blvd., Suite 1450
United States Securities and Exchange Commission
Chicago, Illinois 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

Attorneys for Plaintiff
United States Securities and Exchange Commission

LOCAL COUNSEL
Donald W. Searles (Cal. Bar No. 135705)
Email:  searlesd@sec.gov
United States Securities and Exchange Commission
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>WELLNESS MATRIX GROUP, INC. and GEORGE TODT,<br><br>Defendants, | Case No.  8:21-cv-01031-JVS-DFM<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF DEPOSITION OF DEFENDANT GEORGE TODT** |
|---|---|

  PLEASE TAKE NOTICE that, pursuant to the March 30, 2022 Order of the Honorable Douglas F. McCormick and Rules 26, 30 and 45 of the Federal Rules of Civil Procedure, Plaintiff United States Securities and Exchange Commission will take the remote deposition of Defendant George Todt at the following time and place:

| Date and Time | April 19, 2022, 9:00 AM Pacific Time |
|---|---|
| Location | Davinci Meeting Room, Marina Towers Business Center, 4640 Admiralty Way, 5th Floor (Small Conference Room, Marina Del Rey, CA 90292 |

1  The deposition will be conducted by videoconference with access information
2  to be provided by Plaintiff. Questions and answers will be transcribed by court
3  reporter and recorded by videographer.
4
5  Dated: April 7, 2022                               Respectfully submitted,
6
7                                                     /s/ Alyssa A. Qualls
8                                                     Alyssa A. Qualls
9                                                     Attorney for Plaintiff United States Securities and Exchange Commission
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
175 W. Jackson Blvd, Chicago IL 60123
Telephone No. (312)353-7390; Facsimile No. (312)353-7398.

**ON APRIL 7, 2022, I CAUSED TO BE SERVED THE DOCUMENT ENTITLED PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF DEPOSITION OF DEFENDANT GEORGE TODT** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☒ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Chicago, Illinois, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Chicago, Illinois, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☒ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Chicago, Illinois.

☒ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☐ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 7, 2022                 */s/ Alyssa A. Qualls*
                                    Alyssa A. Qualls

*SEC v. Wellness Matrix Group, Inc., et al.*

**United States District Court—Central District of California**
**Case No. 8:21-CV-01031-JVS-DFM**

**<u>SERVICE LIST</u>**

Wellness Matrix Group, Inc.
Barry Migliorini, CEO
c/o 18458 Santa Lenora Circle
Fountain Valley CA 92708
Email: bgminternational5@gmail.com

George A. Todt
13904 Fiji Way
Apt 237
Marina Del Ray, CA 90292
Email: gatodt@me.com