```
ALYSSA A. QUALLS (IL Bar No. 6292124)
Email: quallsa@sec.gov
ROBERT M. MOYE (IL Bar No. 6225688)
Email: moyer@sec.gov
175 West Jackson Blvd., Suite 1450
United States Securities and Exchange Commission
Chicago, Illinois 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398
Attorneys for Plaintiff
United States Securities and Exchange Commission

LOCAL COUNSEL
Donald W. Searles (Cal. Bar No. 135705)
Email: searlesd@sec.gov
United States Securities and Exchange Commission
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>WELLNESS MATRIX GROUP, INC. and GEORGE TODT,<br><br>Defendants, | Case No. 8:21-cv-01031-SSS-DFM<br><br>**PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION FOR FINAL JUDGMENT INCLUDING A PERMANENT INJUNCTION AND A CIVIL MONETARY PENALTY AGAINST DEFENDANT GEORGE TODT**<br><br>Hearing Date: April 14, 2023<br>Time: 2:00 p.m. PDT<br>Place: Courtroom 10C<br>Before: Hon. Sunshine S. Sykes |

TO ALL DEFENDANTS AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that United States Plaintiff Securities and Exchange Commission ("SEC") hereby moves for an order of final judgment imposing injunctive relief and a civil monetary penalty against Defendant George Todt. This motion is based upon the Court's October 21, 2022 Order Granting the SEC's Motion for Summary Judgment against George Todt (Dkt. No. 54), the accompanying Memorandum in Support, the filings and records in this action, and any other evidence or argument the SEC may present in support of the motion.

Counsel for the SEC has communicated with Defendant Todt by email and proposed that the parties to meet and confer concerning this motion under L.R. 7-3. Todt responded but declined to participate in any discussion of potential remedies with the SEC.

Dated:  March 17, 2023                    Respectfully submitted,


                                          /s/ Alyssa A. Qualls
                                          Alyssa A. Qualls
                                          Robert M. Moye
                                          Donald W. Searles
                                          Attorneys for Plaintiff
                                          United States Securities and Exchange Commission

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
175 W. Jackson Blvd., Suite 1450, Chicago, Illinois 60604
Telephone No. (312) 353-7390; Facsimile No. (312) 353-7398.

On March 17, 2023, I caused to be served the document entitled **PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION FOR INJUNCTIVE RELIEF AND A CIVIL MONETARY PENALTY AGAINST DEFENDANT GEORGE TODT.**

on all the parties to this action addressed as stated on the attached service list:

☒ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 17, 2023            */s/ Alyssa A. Qualls*
                                Alyssa A. Qualls

*SEC v. Wellness Matrix Group, Inc., et al.*
United States District Court—Central District of California
Case No. 8:21-CV-01031-SSS-DFM

**SERVICE LIST**

Wellness Matrix Group, Inc.
Barry Migliorini, CEO
18458 Santa Lenora Circle
Fountain Valley CA 92708
Email: bgminternational5@gmail.com

George A. Todt
13904 Fiji Way, Apt 237
Marina Del Ray, CA 90292
Email: gatodt@mac.com